UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC, dba PIRATE BRANDS,<br><br>Defendant. | Case No.: 13-cv-00696-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

Defendant filed a Motion to Dismiss Complaint on May 3, 2013. (Dkt. No. 14.) The hearing has been scheduled for August 20, 2013. The Court notes that the briefing schedule entered into ECF reflects that the opposition is due on July 2, 2013 and the reply is due on August 1, 2013.

Counsel for both parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for attempting to modify a briefing schedule without leave of Court. The Court's Standing Order in Civil Cases at section 3 states, in part:

> No changes to the Court's schedule shall be made except by signed order of the Court and only upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, *modify briefing schedules*, or make any other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, a Motion for Administrative Relief, as contemplated by Civil Local Rule 7-11. Continuances will be granted only upon a showing of good cause, particularly focusing on evidence of diligence by the party seeking delay and of prejudice that may result if the continuance is denied. *Briefing schedules may not be changed by stipulation. The parties must obtain leave of court.*

(Emphasis supplied.) The Court notes that the parties did not file a motion for administrative relief or even a stipulation reflecting an agreement to modify the briefing schedule. As such, the opposition is now past due.

A hearing on this Order to Show Cause will be held on <u>Friday, June 7, 2013</u> on the Court's <u>9:01a.m.</u> Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than May 31, 2013, if the parties wish to proceed with the briefing schedule and hearing date as filed, they must file a (i) stipulation and proposed order or (ii) motion for administrative relief under Civil Local Rule 7-11, explaining why the Court should permit such a significant change to the normal briefing schedule set forth in the Local Rules. The parties must explain the precise reasons that the additional time is needed. The Court will alternatively consider (iii) a request to withdraw the pending motion with a request and stipulation setting forth a new briefing schedule and hearing date.

By May 31, 2013, the parties must *also* file <u>written responses to this Order to Show Cause</u> why they should not be sanctioned for their failure to follow the Court's Standing Order. The Court will accept a joint response if signed by counsel for both parties.

If the Court is satisfied with the parties' responses, the parties need not appear and the hearing will be taken off calendar. Otherwise, counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file the required documents will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**