UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC, dba PIRATE BRANDS,<br><br>　　　　　Defendant. | Case No.: 13-cv-00696-YGR<br><br>**ORDER TERMINATING MOTION TO DISMISS COMPLAINT AND MAINTAINING ORDER TO SHOW CAUSE HEARING** |

　　Defendant filed a Motion to Dismiss Complaint on May 3, 2013. (Dkt. No. 14.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed an Amended Class Action Complaint on May 24, 2013. (Dkt. Nos. 19 & 23.) Because the initial complaint has been amended, the Motion to Dismiss Complaint is **TERMINATED** as moot and the hearing scheduled for August 20, 2013 is **VACATED**. This Order terminates Dkt. No. 14.

　　The Order to Show Cause hearing remains <u>on calendar</u> for June 7, 2013 at 9:01 a.m. The parties' responses as set forth in Dkt. No. 18 shall be filed by May 31, 2013.

　　**IT IS SO ORDERED.**

Dated: May 30, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**