UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC, dba PIRATE BRANDS,<br><br>            Defendant. | Case No.: 13-cv-00696-YGR<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Having reviewed and considered the written responses to the Order to Show Cause, the Court is satisfied with the parties' submissions, and accordingly, **VACATES** the Order to Show Cause hearing scheduled for June 7, 2013. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated: June 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**