UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC, dba PIRATE BRANDS,<br><br>Defendant. | Case No.: 13-cv-00696-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 24, 2013** |

Defendant filed a Motion for Administrative Relief Re. 6/24/2013 Case Management Conference and Related Deadlines. (Dkt. No. 38.) In the Motion, Defendant requests a continuance of the Case Management Conference until the Court rules on the pending motion to transfer (currently scheduled for hearing on June 25, 2013) and/or until newly-named defendant VMG Partners II, LLC has responded to the amended complaint. Defendant also requests that discovery be stayed in light of the pending motion to dismiss, currently scheduled for hearing on August 20, 2013.

Plaintiff opposes the request to stay discovery but does not oppose a continuance of the Case Management Conference until after the motion to transfer is decided. (Dkt. No. 45.)

The Court hereby **VACATES** the June 24, 2013 Case Management Conference. The conference will be re-scheduled after the Court issues an order on the pending motion to transfer. Discovery is **STAYED** until the Case Management Conference is held, at which time the parties may address whether a further stay of discovery is appropriate.

This Order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE