UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC, dba PIRATE BRANDS, and VMG PARTNERS II, LLC,<br><br>    Defendant. | Case No.: 13-cv-00696-YGR<br><br>**ORDER REQUESTING CONFIRMATION OF WHETHER DEFENDANT VMG PARTNERS JOINS IN THE PENDING MOTION TO TRANSFER** |

Defendant VMG Partners II, LLC has now filed an Answer to Complaint. (Dkt. No. 56.) Having now answered the complaint, the Court requests written confirmation of whether Defendant VMG Partners II, LLC joins in the pending Motion to Transfer filed by Defendant Robert's American Gourmet Food, LLC. Defendant's response shall be filed no later than Monday, July 1, 2013.

**IT IS SO ORDERED.**

Dated: June 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**